**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah A. Kosobucki,           )<br>                                             )<br>           Plaintiff,              )<br>                                             )<br>v.                                          )<br>                                             )<br>                                             )<br>Michael J. Astrue, Commissioner of Social )<br>Security Administration,         )<br>                                             )<br>                                             )<br>           Defendant.            )<br>                                             ) | No. CV-08-0659-PHX-SMM<br><br>**ORDER** |

   Before the Court is Plaintiff's First Unopposed Motion to Enlarge Time to File a Motion for Summary Judgment (Dkt. 12). Pursuant to the Scheduling Order, Plaintiff shall file any desired motions, including a motion for summary judgment, within sixty (60) days from which Defendant files an answer. Defendant filed its answer on September 15, 2008, but did not include in the record a transcript from one of the two hearings held in this matter. Defendant is currently searching for the transcript and intends to supplement the record and file the transcript once it is located. Plaintiff requires a complete record in order to file her motion for summary judgment. Good cause appearing,

   **IT IS HEREBY ORDERED** granting Plaintiff's First Unopposed Motion to Enlarge Time to File a Motion for Summary Judgment (Dkt. 12).

1  **IT IS FURTHER ORDERED** that Defendant shall supplement the record and
2  file the missing transcript or advise the Court that the record cannot be found by
3  **December 15, 2008.**
4  **IT IS FURTHER ORDERED** that the last day for Plaintiff to file a motion for
5  summary judgment is extended to **January 16, 2009.**
6  **IT IS FURTHER ORDERED** that all other provisions in the Scheduling Order
7  dated April 8, 2008 (Dkt. 4) shall remain in effect.
8  DATED this 17th day of November, 2008.

Stephen M. McNamee
United States District Judge