**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah A. Kosobucki, | No. CV-08-0659-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security Administration, | |
| Defendant. | |

Before the Court is Plaintiff's Motion for Leave to File Excess Pages (Dkt. 14). Plaintiff alleges this Social Security case involves numerous, complex issues and an administrative record in excess of 600 pages. Plaintiff requests a one-page extension of the seventeen-page limitation set forth in LRCiv 7.2(e). Good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Excess Pages (Dkt. 14) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff is granted a one-page extension and may file a brief with eighteen (18) pages of substantive argument. The lodged brief (Dkt. 15) is accepted and shall be filed.

DATED this 16th day of January, 2009.

Stephen M. McNamee
United States District Judge